Lothar Goernitz
P.O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
MYSONA, ROMAN S.                              §       Case No. 10-34061-PHX RJH
MYSONA, LIDIA E.                              §
                                              §
                                              §
                Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Lothar Goernitz_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-34061-PHX   RJH   Judge: RANDOLPH J. HAINES
Case Name: MYSONA, ROMAN S.
MYSONA, LIDIA E.
For Period Ending: 07/17/13

Trustee Name: Lothar Goernitz
Date Filed (f) or Converted (c): 10/22/10 (f)
341(a) Meeting Date: 11/26/10
Claims Bar Date: 07/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 210.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,645.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 450.00 | 0.00 | | 0.00 | FA |
| 5. FURS AND JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 6. INTEREST IN INSURANCE POLICIES | 259.00 | 0.00 | | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING | 70,500.00 | 0.00 | | 0.00 | FA |
| 8. 2011 CHEVROLET MALIBU | 23,025.00 | 0.00 | | 0.00 | FA |
| 9. FEDERAL & STATE INCOME TAX REFUNDS (u) | 0.00 | 3,697.00 | | 3,697.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 0.43 | | 0.43 | FA |
| TOTALS (Excluding Unknown Values) | $161,439.00 | $3,697.43 | | $3,697.43 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE IS READY TO CLOSE IF THERE ARE NO NECESSARY OBJECTIONS TO CLAIMS.

Initial Projected Date of Final Report (TFR): 03/09/13    Current Projected Date of Final Report (TFR): 03/14/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-34061-PHX -RJH | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | MYSONA, ROMAN S. | Bank Name: | UNION BANK |
| | MYSONA, LIDIA E. | Account Number / CD #: | *******9208 Checking - Non Interest |
| Taxpayer ID No: | *******0505 | | |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 2,941.81 | | 2,941.81 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,926.81 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,911.81 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,896.81 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,881.81 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,866.81 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,851.81 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,836.81 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,821.81 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,941.81 | 120.00 | 2,821.81 |
| Less: Bank Transfers/CD's | 2,941.81 | 0.00 | |
| Subtotal | 0.00 | 120.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 120.00 | |

Page Subtotals 2,941.81 120.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-34061-PHX -RJH | | Trustee Name: | Lothar Goernitz |
|---|---|---|---|---|
| Case Name: | MYSONA, ROMAN S. | | Bank Name: | Bank of America |
| | MYSONA, LIDIA E. | | Account Number / CD #: | *******5711 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0505 | | | |
| For Period Ending: | 07/17/13 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/11 | 9 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 2,479.00 | | 2,479.00 |
| 04/12/11 | 9 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 1,218.00 | | 3,697.00 |
| 04/12/11 | 000101 | ROMAN MYSONA | PRORATA PORTION OF TAX REFUND | 8500-002 | | 710.00 | 2,987.00 |
| | | LIDIA MYSONA | | | | | |
| | | 6550 N. 47TH AVE #133 | | | | | |
| | | GLENDALE, AZ 85301 | | | | | |
| 04/29/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,987.01 |
| 05/31/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,987.04 |
| 06/30/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,987.06 |
| 07/29/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,987.08 |
| 08/31/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,987.11 |
| 09/30/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,987.13 |
| 10/31/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,987.16 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.81 | 2,983.35 |
| 11/30/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,983.37 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.68 | 2,979.69 |
| 12/30/11 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,979.71 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.67 | 2,976.04 |
| 01/31/12 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,976.07 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.90 | 2,972.17 |
| 02/29/12 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,972.19 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.53 | 2,968.66 |
| 03/30/12 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,968.68 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.65 | 2,965.03 |
| 04/30/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 2,965.06 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.77 | 2,961.29 |
| 05/31/12 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,961.32 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.76 | 2,957.56 |
| | | | Page Subtotals | | 3,697.33 | 739.77 | |

| Case No: | 10-34061-PHX -RJH | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | MYSONA, ROMAN S. | Bank Name: | Bank of America |
| | MYSONA, LIDIA E. | Account Number / CD #: | *******5711  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0505 | | |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 10 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,957.58 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.52 | 2,954.06 |
| 07/31/12 | 10 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 2,954.09 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.87 | 2,950.22 |
| 08/31/12 | 10 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,950.24 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.75 | 2,946.49 |
| 09/28/12 | 10 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,946.51 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.38 | 2,943.13 |
| 10/12/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,943.14 |
| 10/12/12 | | Bank of America<br>901 Main Street<br>10th Floor<br>Dallas, TX  75283 | BANK FEES | 2600-000 | | 1.33 | 2,941.81 |
| 10/12/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,941.81 | 0.00 |

|  |  | | |
|---|---|---|---|
| | COLUMN TOTALS | 3,697.43 | 3,697.43 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 2,941.81 | |
| | Subtotal | 3,697.43 | 755.62 | |
| | Less:  Payments to Debtors | | 710.00 | |
| | Net | 3,697.43 | 45.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********9208 | 0.00 | 120.00 | 2,821.81 |
| Money Market - Interest Bearing - ********5711 | 3,697.43 | 45.62 | 0.00 |
| | 3,697.43 | 165.62 | 2,821.81 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 0.10 | 2,957.66 | |
|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| | |
|---|---|
| Case No: | 10-34061-PHX -RJH |
| Case Name: | MYSONA, ROMAN S. |
| | MYSONA, LIDIA E. |
| Taxpayer ID No: | *******0505 |
| For Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******5711 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 72,661,955.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - Non Interest - ********9208
Money Market - Interest Bearing - ********5711

| | | | | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|

Case Number: 10-34061-PHX  
Debtor Name: MYSONA, ROMAN S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001B<br>070<br>7100-00 | CREDIT UNION WEST<br>P.O. BOX 7600<br>GLENDALE, AZ 85312-7600 | Unsecured | | $7,027.13 | $0.00 | $7,027.13 |
| 000002<br>070<br>7100-00 | MARYVILLE HOSPITAL<br>PO BOX 81229<br>PHOENIX, AZ 85069 | Unsecured | | $1,500.00 | $0.00 | $1,500.00 |
| 000003<br>070<br>7100-00 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $5,174.93 | $0.00 | $5,174.93 |
| 000004<br>070<br>7100-00 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $486.72 | $0.00 | $486.72 |
| 000005<br>070<br>7100-00 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541 | Unsecured | | $5,093.62 | $0.00 | $5,093.62 |
| 000006<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT<br>RECOSER, LLC<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $1,210.61 | $0.00 | $1,210.61 |
| 000007<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT<br>RECOSER, LLC<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $704.67 | $0.00 | $704.67 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Unsecured | | $1,913.53 | $0.00 | $1,913.53 |
| 000009<br>080<br>7200-00 | PALISADES COLLECTIONS LLC<br>VATIV RECOVERY SOLUTIONS<br>LLC DBA SMC<br>AS AGENTS FOR PALISADES<br>COLLECTIONS LLC<br>PO BOX 40728<br>HOUSTON TX 77240-0728 | Unsecured | | $1,931.95 | $0.00 | $1,931.95 |
| 000010<br>080<br>7200-00 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE<br>#200<br>TUCSON, AZ 85712 | Unsecured | | $1,272.62 | $0.00 | $1,272.62 |

Case Number: 10-34061-PHX  
Debtor Name: MYSONA, ROMAN S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A 050 4210-00 | CREDIT UNION WEST<br>P.O. BOX 7600<br>GLENDALE, AZ 85312-7600 | Secured | | $23,025.00 | $0.00 | $23,025.00 |
| | Case Totals: | | | $49,340.78 | $0.00 | $49,340.78 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-34061-PHX RJH
Case Name: MYSONA, ROMAN S.
　　　　　MYSONA, LIDIA E.
Trustee Name: Lothar Goernitz

　　　Balance on hand　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | CREDIT UNION WEST | $ | $ | $ | $ |

　　　Total to be paid to secured creditors　　　　　$_____

　　　Remaining Balance　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Lothar Goernitz | $ | $ | $ |
| Trustee Expenses: Lothar Goernitz | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　$_____

　　　Remaining Balance　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

　　　　　　　　　　　　　NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | CREDIT UNION WEST | $ | $ | $ |
| 000002 | MARYVILLE HOSPITAL | $ | $ | $ |
| 000003 | CHASE BANK USA, N.A. | $ | $ | $ |
| 000004 | ASSET ACCEPTANCE LLC | $ | $ | $ |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |
| 000006 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000007 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | PALISADES COLLECTIONS LLC | $ | $ | $ |
| 000010 | CAPITAL ONE, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance                                              $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE